## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

*IN RE* APPLICATION OF THE
MUNICIPALITY OF MARIANA & OTHERS
FOR AN ORDER UNDER 28 U.S.C. § 1782

Case No. _____

## EX PARTE APPLICATION FOR AN ORDER TO TAKE DISCOVERY
## PURSUANT TO 28 U.S.C. § 1782

**Weisbrod Matteis & Copley PLLC**

Stephen A. Weisbrod (FLSD #1019566)
August J. Matteis, Jr. (*pro hac vice* pending)
William E. Copley (*pro hac vice* pending)
William E. Jacobs (*pro hac vice* pending)
Weisbrod Matteis & Copley PLLC
3000 K Street NW, Ste. 275
Washington, DC 20007
T:     202-499-7900
F:     202-478-1795
E:     sweisbrod@wmclaw.com
        amatteis@wmclaw.com
        wcopley@wmclaw.com
        wjacobs@wmclaw.com

*Attorneys for Applicants*

The Claimants in *Município de Mariana and Others v. BHP Group (UK) LTD and BHP Group LTD*, No. HT-2022-000304 (collectively, "**Applicants**"), respectfully apply to this Court, based on the accompanying Memorandum of Law, Declaration of Jeremy Michael Evans, and the exhibits thereto, for an order pursuant to 28 U.S.C. § 1782 authorizing Applicants to take discovery from Jacques Nasser for use in pending legal proceedings before the High Court of Justice in London, England (the "**English Litigation**").

This Application meets the requirements for such relief set forth in 28 U.S.C. § 1782. *First*, as parties in the English Litigation, Applicants are "interested parties" entitled to relief under the statute. *Second*, Applicants seek deposition testimony for use in a foreign legal proceeding. *Third*, Mr. Nasser resides or is found in this District.

The four discretionary factors set out by the Supreme Court in *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241, 264-265 (2004), also support granting this Application. *First*, Mr. Nasser is not a party to the English Litigation and is outside the jurisdiction of the English court. *Second*, English courts are receptive to assistance from U.S. federal courts in gathering evidence. *Third*, Applicants seek this discovery in good faith and not to circumvent proof-gathering restrictions under English law. *Fourth*, the Applicants' proposed deposition is not unduly intrusive or burdensome on the prospective deponents.

Accordingly, and for the reasons set forth in the accompanying Memorandum of Law, Applicants respectfully request that this Court enter an Order permitting them to subpoena Jacques Nasser for deposition in the form appended as Exhibit A to the accompanying declaration.

Dated: July 31, 2024

Respectfully submitted,

_/s/Stephen A. Weisbrod_
Stephen A. Weisbrod (FLSD #1019566)
August J. Matteis, Jr. (*pro hac vice* pending)
William E. Copley (*pro hac vice* pending)
William E. Jacobs (*pro hac vice* pending)
Weisbrod Matteis & Copley PLLC
3000 K Street NW, Ste. 275
Washington, DC 20007
T:      202-499-7900
F:      202-478-1795
E:      sweisbrod@wmclaw.com
          amatteis@wmclaw.com
          wcopley@wmclaw.com
          wjacobs@wmclaw.com